UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARJORIE R. WHITE,

    Plaintiff,

-vs-                                  Case No. 6:07-cv-822-Orl-28DAB

VOLUSIA COUNTY SCHOOL BOARD,
AND MARGARET SMITH,
Superintendent,

    Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed in forma pauperis (Doc. No. 2) filed May 16, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the complaint dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed May 18, 2007 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Proceed in forma pauperis is **DENIED**.

3.    The Complaint is **DISMISSED** but Plaintiff is granted leave to amend.

4. If Plaintiff wishes to proceed with this action, she shall file an amended complaint no later than Friday, July 13, 2007 which states a cause of action within the limited jurisdiction of this Court as well as pay the required filing fee.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party