# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARJORIE R. WHITE,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-822-Orl-28DAB**

**VOLUSIA COUNTY SCHOOL BOARD,**
**AND MARGARET SMITH,**
**Superintendent,**

        **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **SECOND MOTION FOR IN FORMA PAUPERIS (Doc. No. 6)**
>
> **FILED:**     **July 12, 2007**
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    This Court has previously determined that Plaintiff is not a pauper (Doc. No. 3, adopted at Doc. No. 4) and Plaintiff was ordered to pay the filing fee, if she wished to proceed with this action. Plaintiff has instead filed the instant motion, which indicates again that she receives a regular income and has assets that disqualify her for pauper status. Moreover, the Amended Complaint (Doc. No. 5) still fails to state a cause of action for age discrimination in that it is devoid of an allegation that the

allegedly unfair treatment was due to Plaintiff's age. Although Plaintiff makes reference to a younger less experienced person receiving a position, she makes no allegation sufficient to set forth a claim for age discrimination. While Plaintiff has had two opportunities to state a cause of action within the limited jurisdiction of the Court, in view of her *pro se* status it is **respectfully recommended** that the motion be **denied**, the Amended Complaint be **dismissed,** and Plaintiff be given a final opportunity to file a Second Amended Complaint (should she wish to proceed) and pay the filing fee within 11 days, or the action will be dismissed without further notice.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 16, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy