# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARJORIE R. WHITE,

                    Plaintiff,

-vs-                                        Case No.  6:07-cv-822-Orl-28DAB

VOLUSIA COUNTY SCHOOL BOARD,
AND MARGARET SMITH,
Superintendent,

                    Defendants.
_____

# ORDER

This case is before the Court on Plaintiff's Second Motion for Leave to Proceed In Forma Pauperis (Doc. No. 6) filed July 12, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections[1] were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed July 16, 2007 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The Court notes that after issuance of the Report and Recommendation, the Plaintiff filed a Motion for Extension of Time to File Second Amended Complaint and to Pay Filing Fee (Doc. 8).  Judge Baker granted that motion in part (Doc. 9).

2.     Plaintiff's Second Motion for Leave to Proceed In Forma Pauperis (Doc. No. 6) is **DENIED**.

3.     The Amended Complaint is hereby **DISMISSED**.  The Second Amended Complaint and the filing fee shall be filed and paid as set forth in Judge Baker's August 6, 2007 Order (Doc. 9).

4.     Failure to file the Second Amended Complaint by August 31, 2007 and failure to pay the filing fee in full by September 30, 2007, will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party